# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michele Ann Burkett<br>　　　　　Debtor<br><br>MIDFIRST BANK<br>　　　　　Movant<br>　　vs.<br><br>Michele Ann Burkett<br>　　　　　Debtor<br><br>David M. Burkett<br>　　　　　Co-Debtor<br><br>Charles J. DeHart, III Esq.<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 18-00383  HWV<br><br><br>11 U.S.C. Sections 362 and 1301 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion of MIDFIRST BANK for Relief from the Automatic Stay Under Sections 362 and 1301, which was filed with the Court on or about October 23, 2018 (Document No. 33). Both the Attorney for Movant and the Attorney for Debtors have concurred with the Praecipe to Withdraw.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/  James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Main Line: 215-627-1322

November 19, 2018