In re:  Case No. 18-00383-HWV
Michele Ann Burkett  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Mar 22, 2023     Form ID: 3180W     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michele Ann Burkett, PO Box 59, Lemoyne, PA 17043-0059 |
| 5017860 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5017858 | | Email/Text: bncnotifications@pheaa.org | Mar 22 2023 18:38:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5017859 | + | EDI: TSYS2 | Mar 22 2023 22:39:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5017861 | | EDI: CAPITALONE.COM | Mar 22 2023 22:39:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5044269 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 18:53:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5017863 | | EDI: WFNNB.COM | Mar 22 2023 22:39:00 | Comenity Bank / Bon-Ton, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5017864 | + | EDI: WFNNB.COM | Mar 22 2023 22:39:00 | Comenity Bank / Boscov's, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5017865 | | EDI: WFNNB.COM | Mar 22 2023 22:39:00 | Comenity Bank / HSN, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5017866 | | EDI: WFNNB.COM | Mar 22 2023 22:39:00 | Comenity Bank / PayPal Credit, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5017867 | | EDI: WFNNB.COM | Mar 22 2023 22:39:00 | Comenity Bank / Victoria's Secret, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5017868 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 22 2023 18:53:10 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5117858 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 22 2023 18:38:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5117859 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 22 2023 18:38:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5017869 | + | EDI: IRS.COM | Mar 22 2023 22:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5017862 | | EDI: JPMORGANCHASE | Mar 22 2023 22:39:00 | Chase Card, PO Box 15298, Wilmington, DE |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19850 |
| 5046275 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 18:53:02 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5039371 | + | EDI: AISMIDFIRST | Mar 22 2023 22:39:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5038241 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2023 18:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5017870 | + | EDI: AISMIDFIRST | Mar 22 2023 22:39:00 | Midland Mortgage Co, Attn: Customer Service / Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5017871 | ^ | MEBN | Mar 22 2023 18:35:59 | Nationwide Bank, 1 Nationwide Plaza, Columbus, OH 43215-2239 |
| 5025976 | + | Email/Text: bncnotifications@pheaa.org | Mar 22 2023 18:38:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5036285 | | EDI: PRA.COM | Mar 22 2023 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5019011 | + | EDI: RECOVERYCORP.COM | Mar 22 2023 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5042808 | | EDI: Q3G.COM | Mar 22 2023 22:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5044130 | | EDI: Q3G.COM | Mar 22 2023 22:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5044131 | | EDI: Q3G.COM | Mar 22 2023 22:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5017872 | | EDI: RMSC.COM | Mar 22 2023 22:39:00 | Synchrony Bank / Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5017873 | | EDI: RMSC.COM | Mar 22 2023 22:39:00 | Synchrony Bank / HHGregg, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5017874 | | EDI: RMSC.COM | Mar 22 2023 22:39:00 | Synchrony Bank / QVC, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5017875 | | EDI: RMSC.COM | Mar 22 2023 22:39:00 | Synchrony Bank / Sam's Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5017876 | + | EDI: WTRRNBANK.COM | Mar 22 2023 22:39:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5043769 | + | Email/Text: bncmail@w-legal.com | Mar 22 2023 18:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5073376 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 22 2023 18:38:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 5017877 | | Email/Text: EDBKNotices@ecmc.org | Mar 22 2023 18:38:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2023      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com   JSpears@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Michele Ann Burkett pmurphy@dplglaw.com   kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michele Ann Burkett<br>First Name　Middle Name　Last Name | Social Security number or ITIN　xxx–xx–8685<br>EIN　__–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name　Middle Name　Last Name | Social Security number or ITIN　____<br>EIN　__–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–00383–HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michele Ann Burkett

3/22/23

**By the court:** _[signature]_

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Case 1:18-bk-00383-HWV　　Doc 45　　Filed 03/24/23　　Entered 03/25/23 00:21:10　　Desc
Imaged Certificate of Notice　　Page 4 of 6

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2