**Fill in this information to identify the case:**

Debtor 1     Michele Ann Burkett

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   18-00383 HWV

Form 4100R

# Response to Notice of Final Cure Payment          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:**   MIDFIRST BANK                                **Court claim no.** (if known):   5-1

**Last 4 digits** of any number you use to identify the debtor's account:   2824
**Property address:**
  2936 MAYFRED LN
  CAMP HILL, PA 17011-5242

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     05 / 01 / 2023

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                                   (a)   $ _____
b.  Total fees, charges, expenses, escrow, and costs outstanding:          + (b)   $ _____
c.  **Total.** Add lines a and b.                                              (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

Case 1:18-bk-00383-HWV   Doc 49   Filed 04/14/23   Entered 04/14/23 12:02:54   Desc
Document ID: 47692a4fc64ad57faa2f9a08d1712c7ee3e0590cbc03b7ff7875d06265e9428f
                          Main Document       Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*   Date   04/13/2023

Michael Farrington
13 Apr 2023, 18:00:02, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                             Response to Notice of Final Cure Payment                             page 2

Case 1:18-bk-00383-HWV    Doc 49    Filed 04/14/23    Entered 04/14/23 12:02:54    Desc
Document ID: 47692a4fc64ad57faa2f9a08d1712c7ee3e0590cbc03b7ff7875d06265e9428f
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michele Ann Burkett<br>**Debtor(s)**<br><br>**MIDFIRST BANK**<br>**Movant**<br>vs.<br><br>Michele Ann Burkett<br>**Debtor(s)**<br><br>Jack N. Zaharopoulos,<br>**Trustee** | BK NO. 18-00383 HWV<br><br>Chapter 13<br><br>Related to Claim No. 5-1 |

**CERTIFICATE OF SERVICE**
**RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 14, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Michele Ann Burkett
PO Box 59
Lemoyne, PA 17043

<u>Attorney for Debtor(s) (via ECF)</u>
Paul D. Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>April 14, 2023</u>

                                                */s/ Michael P. Farrington*
                                                Michael P. Farrington Esq.
                                                Attorney I.D. 329636
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                (215) 825-6488
                                                mfarrington@kmllawgroup.com